IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Hillebrand GORI USA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-11265 |
| | ) | |
| Lentino Imports, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Hillebrand GORI USA, LLC ("Plaintiff"), through its undersigned counsel, and

Defendant Lentino Imports, LLC ("Defendant"), through its undersigned counsel, hereby stipulate

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed with prejudice, all matters

in controversy as alleged in Plaintiff's Complaint having been settled and all costs, fees and

expenses having been paid.

| | |
|---|---|
| */s/ Mary Louise Kandyba* | */s/ John P. Ryan* |
| Mary Louise Kandyba | John P. Ryan |
| Wilson, Elser, Moskowitz, Edelman & Dicker, LLP | HINSHAW & CULBERTSON LLP |
| 55 West Monroe Street Suite 3800 | 151 N. Franklin, Suite 2500 |
| Chicago, IL 60603 | Chicago, IL 60606 |
| 312-704-0550 | Telephone: (312) 704-3000 |
| Email: ml.kandyba@wilsonelser.com | jryan@hinshawlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

306751340v.1